**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WILL STEWART,

      Petitioner,

v.                                                                   Case No. 10-12239
                                                                     Hon. Lawrence P. Zatkoff
C. ZYCH,

      Respondent.

_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**


This matter is before the Court on Magistrate Judge Komives's Report and Recommendation

[dkt 19], in which the Magistrate Judge recommends that the Court deny (1) Petitioner's application

for writ of habeas corpus [dkt 1], (2) Jimmy Joiner's motion for emergency restraining order [dkt

18], (3) the motions of Jimmy Joiner, Woodie Smith, Bryan Killian, and Jeron Whitehead to

intervene [dkts 7, 8, 14, 15], and (4) a certificate of appealability. The Court has not received timely

objections to the Magistrate Judge's Report and Recommendation.

The Court has thoroughly reviewed the court file and the Report and Recommendation. As

a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the

findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Petitioner's application for writ of habeas

corpus [dkt 1] is DENIED.

IT IS FURTHER ORDERED that Jimmy Joiner's motion for emergency restraining order

[dkt 18] is DENIED.

IT IS FURTHER ORDERED that the motions to intervene [dkts 7, 8, 14, 15] are DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS SO ORDERED.


                                        s/Lawrence P. Zatkoff
                                        LAWRENCE P. ZATKOFF
                                        UNITED STATES DISTRICT JUDGE


Dated:  December 22, 2010

                          CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record
by electronic or U.S. mail on December 22, 2010.


                                        s/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290